IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DASA Y L. HOLLINQUEST,

        Plaintiff,

v.

S. SUH, Chaplain; B. CAIN, Superintendent; S. TOTH, Chaplain; S. YOUNG, Assistant Administrator Religious Services; DENNIS HOLMES, Administrator Religious Services; and S. MECHAM, Executive Assistant,

        Defendants.

No.: 2:18-cv-01840-AC

ORDER

HERNÁNDEZ, District Judge:

        Magistrate Judge Acosta issued a Findings and Recommendation [ECF 32] on March 23, 2020, in which he recommends that the Court grant in part and deny in part Defendants' Motion for Summary Judgment [ECF 22]. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

1 - ORDER

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

## CONCLUSION

The Court adopts Magistrate Judge Acosta's Findings and Recommendation [ECF 32]. Accordingly, Defendants' Motion for Summary Judgment [ECF 22] is granted in part and denied in part.

IT IS SO ORDERED.

DATED: _____April 8, 2020_____.

_____
MARCO A. HERNÁNDEZ
United States District Judge